An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

J. BENJAMIN ODOMS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63188

**FILED**

JUN 1 2 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus, or in the alternative, to show cause. Petitioner challenges the procedural bars that have been applied to his previous post-conviction petitions for a writ of habeas corpus. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17296

cc: J. Benjamin Odoms
Attorney General/Carson City
Clark County District Attorney